RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 01 2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FILED_____
DOCKETED_____
DATE    INITIAL

Robert James Swint
Appellant(s),

9th Cir. Case No. 21-35375

vs.

District Court or
BAP Case No. 1:21-cv-00531-CL

Oregon State Mental Hospital, et al,
Appellee(s).

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

    a. What is the date of the judgment or order that you want this court to review? __4/22/21__

    b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: __NO__

        • If you did, on what date did you file the motion? _____

        • For prisoners or detainees, what date did you give the motion to prison authorities for mailing? _____

        • What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? _____

    c. What date did you file your notice of appeal? __5-14-21__

        • For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? _____

9th Cir. Case No. 21-35375                                              Page 2

**FACTS.** Include all facts that the court needs to know to decide your case.

2. What are the facts of your case?

This is the RICO Act, Reversing the 13S variant UK COVID, to 531, FORECAST, ECA Swint. And the Receipt to the Raid on the 62 Billion club, your declaration of Perjury on the IFP APP USC 28 76+418 to 1621 of the USC 1331, 1332 Act, DMCA

9th Cir. Case No. 21-35375          Page 3

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3. What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?

I asked for some relief And some hamburgers And 8.8 Billion

4. What legal claim or claims did you raise in the district court or at the BAP?

1331, Robert S Mueller Raid on 1621

5. **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why.

Fuck yes I'M exhausted time for 76

9th Cir. Case No. 21-35375                                    Page 4

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6.  What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong?

The Fact that I'm still the Head on the MIA Flag

7.  Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: NO

    If not, why not?

TOO MANY, look the Supreme court rules changed April 18, 2019 the Mueller report, Gave Over time to bring Bobby Home And his wife are all gone

9th Cir. Case No. 21-35375          Page 5

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)

1331, 1332

USC 28

76 + 418 = 1621

The Raid on the 62 Billion for our birthdays and 20 year Reunion

Misses America

Chrystal Marie Meyer

7·6·88

9th Cir. Case No. 21-35375      Page 6

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case.

21-35075
21-35072
21-35187

Robert J. Bell

ring a bell

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case.

21-35187

Dis-Missed

Name: Robert Swint
Address: 2600 Center St, NE
Salem

Signature: RJS

Date: 5-19-21