21-35375

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 25 2021

FILED _____
DOCKETED _____
DATE _____  INITIAL _____

Robert James Swint, #17279802
Columbia County Jail
901 Port Avenue
St. Helena, OR 97051

---

---

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT JAMES SWINT,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>OREGON STATE HOSPITAL; et al.,<br><br>        Defendants - Appellees. | No. 21-35375<br><br>D.C. No. 1:21-cv-00531-CL<br>U.S. District Court for Oregon, Medford<br><br>**ORDER** |

A review of the district court docket reflects that appellant was permitted to proceed in forma pauperis in the district court, and that such permission has not been revoked to date. Consequently, appellant's forma pauperis status continues in this court. *See* Fed. R. App. P. 24(a). Pursuant to 28 U.S.C. § 1915(b)(1) and (2), however, appellant must pay the full amount of the filing and docketing fees for this appeal when funds are available in appellant's account. Appellant is not responsible for payment when the funds in appellant's prison trust account total less than $10, but payments must resume when additional deposits are made or funds are otherwise available.

Consequently, within 21 days after the filing date of this order, appellant shall complete and file with this court the enclosed authorization form, which directs the prison officials at appellant's institution to assess, collect, and forward to the court the $505 filing and docketing fees for this appeal on a monthly basis whenever funds exist in appellant's trust fund account. These fees will continue to be collected regardless of the date or manner of disposition of this appeal. *See* 28 U.S.C. § 1915(b)(2) and (e)(2).

If appellant fails to comply with this order, the appeal may be dismissed by the Clerk. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

## Prisoner Authorization Form

**9th Cir. Case Number: 21-35375**

I, Robert James Swint, am the Appellant in the above case number.

I understand that I am required by statute to pay the full amount of the $505.00 docketing and filing fees for this appeal, regardless of my forma pauperis status, and regardless of the disposition of this appeal. I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on 20 percent of the average of deposits to or balance in my prison trust account, subject to the provisions set forth in 28 U.S.C. § 1915(b).

I understand that I am not responsible for payment when the funds in my trust account total less than $10.00, but that payments will resume when additional deposits are made or funds are otherwise available.

NAME Robert James Swint
SIGNATURE _____
CASE NO. 21-35375
PRISONER I.D. NO. 17279802
PRISON FACILITY Columbia County Jail
ADDRESS 901 Port Avenue
St. Helena, OR 97051
DATE _____

**Mail this form to the Court at:**
*Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939*

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**LEGAL MAIL**

SAN FRANCISCO CA 940

14 OCT 2021 PM

RETURN TO SENDER  X
ZIP 94103
041M11290264
CONTRABAND
INTER-FACILITY
REFUSE/VIOLATES SECURITY

**NO LONGER HERE**

Robert James Swint, #17279802
Columbia County Jail
901 Port Avenue
St. Helena, OR 97051

**SPECIAL MAIL**

NIXIE    971    7E 1    0110/21/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 94119393939    *1540-03565-14-38