UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 08 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT JAMES SWINT,

       Plaintiff - Appellant,

v.

OREGON STATE HOSPITAL; et al.,

       Defendants - Appellees.

No. 21-35375

D.C. No. 1:21-cv-00531-CL
U.S. District Court for Oregon, Medford

**ORDER**

A review of the docket demonstrates that appellant has failed to respond to the October 13, 2021 order of this court.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

       FOR THE COURT:

       MOLLY C. DWYER
       CLERK OF COURT

       By: Cyntharee K. Powells
       Deputy Clerk
       Ninth Circuit Rule 27-7