21-35375

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 28 2021

FILED _____
DOCKETED _____
            DATE        INITIAL

Robert James Swint, #17279802
Columbia County Jail
901 Port Avenue
St. Helena, OR 97051

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 08 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT JAMES SWINT,

Plaintiff - Appellant,

v.

OREGON STATE HOSPITAL; et al.,

Defendants - Appellees.

No. 21-35375

D.C. No. 1:21-cv-00531-CL
U.S. District Court for Oregon, Medford

**ORDER**

A review of the docket demonstrates that appellant has failed to respond to the October 13, 2021 order of this court.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7

UNITED STATES COURT OF APPEALS
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE $300**

Robert James Swint, #17279802
Columbia County Jail
901 Port Avenue
St. Helena, OR 97051

NEOPOST
12/08/2021
US POSTAGE $000.53

INSPECTED BY COLUMBIA COUNTY JAIL
RETURN TO SENDER
PERSON NOT HERE
CONTRABAND
INTER-FACILITY
REFUSE/VIOLATES SECURITY

NIXIE    97215    12/19/2021
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955